IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Case No. 04-cv-2215-MSK-BNB

JOYCE K. BROUGHTON,

    Plaintiff,

v.

KEN SALAZAR,
BILL OWENS, Governor of Colorado,
DONETTA DAVIDSON, Colorado Secretary of State,
FEDERAL ELECTIONS COMMISSION,
EMILY J. REYNOLDS,
JOHN ASHCROFT,
JOHN SUTHERS,
INTERNAL REVENUE SERVICE,
FREMONT COUNTY SHERIFF'S DEPARTMENT,

    Defendants.

## ORDER STRIKING MOTION

THIS MATTER comes before the Court on the Plaintiff's "Motion Change of Judge Order" **(#12)**. It appears that the Plaintiff intended to file this motion in state court. The Court dismissed the Plaintiff's claims in this action for lack of jurisdiction in March 2005.

**IT IS THEREFORE ORDERED** that the Plaintiff's "Motion Change of Judge Order" **(#12)** is **STRICKEN**.

Dated this 4th day of October, 2005.

        **BY THE COURT:**

        *Marcia S. Krieger*
        ―――――――――――――――――
        Marcia S. Krieger
        United States District Judge