IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 04-cv-02215-MSK-BNB

JOYCE K. BROUGHTON,

    Plaintiff,

v.

KEN SALAZAR,
BILL OWENS, Governor of Colorado,
DONETTA DAVIDSON, Colorado Secretary of State,
FEDERAL ELECTIONS COMMISSION,
EMILY J. REYNOLDS,
JOHN ASHCROFT,
JOHN SUTHERS,
INTERNAL REVENUE SERVICE,
FREMONT COUNTY SHERIFF'S DEPARTMENT,

    Defendants.

## ORDER DENYING MOTION TO REOPEN CASE AND STRIKING FILINGS

THIS MATTER comes before the Court on the Plaintiff's motion **(#16)** asking the Court to reopen this case.  Also before the Court is the Plaintiff's "Motion for Order to Reopen Judicial Disqualification Order for Consolidation of Court Case Defendants Case Joinder" **(#15)**.  Having considered the same, the Court

**FINDS** and **CONCLUDES** that:

The Court dismissed the Plaintiff's claims on March 24, 2005, for failure to state any claims upon which relief may be granted.  (*See* **#9**).  More than six months later, the Plaintiff filed a document entitled "Motion Change of Judge Order" **(#12)** which bore a caption for a case pending in the Fremont County Small Claims Court.  This Court therefore issued an order **(#14)**

striking such motion.

The Plaintiff recently filed several new documents in this case. Two **(#15, #16)** are motions, and two **(#17, #18)** do not clearly request any specific relief. Because she is *pro se*, the Court liberally construes her filings. *See Haines v. Kerner*, 404 U.S. 519, 520-21 (1972).

The Plaintiff now moves **(#16)** the Court to reopen this case, apparently so that it can be consolidated with another closed case assigned to Chief Judge Babcock, Civil Action No. 00-cv-00250-LTB-OES. She has offered no legal basis for reopening this case. Therefore, the Court denies such request.

The Plaintiff has also filed a motion **(#15)** which appears to challenge Judge Blackburn's order **(#4)** of recusal. She also has filed documents bearing the following titles: "Order, From: The State of Colorado, Eleventh Judicial District Court, Fremont County, Colorado, Small Claims Court, Division 3 Courtroom, District Court Judge, Honorable Judge David M. Thorson, Presiding to: the United States District Court for the District of Colorado Honorable Judge Robert (Bob) E. Thorson" **(#17)**, and "Plaintiff's Response to Judicial Order to Strike Motion for Change of Judge Order, Re-Motioning for Change of Judge Order" **(#18)**. Because this case is closed, such motion and filings are stricken.

**IT IS THEREFORE ORDERED** that:

(1)   The Plaintiff's motion **(#16)** asking the Court to reopen this case is **DENIED**.

(2)   The following motion and documents are **STRICKEN**:

  (a)   Plaintiff's "Motion for Order to Reopen Judicial Disqualification Order for Consolidation of Court Case Defendants Case Joinder" **(#15).**

  (b)   The document entitled "Order, From: The State of Colorado, Eleventh

        Judicial District Court, Fremont County, Colorado, Small Claims Court, Division 3 Courtroom, District Court Judge, Honorable Judge David M. Thorson, Presiding to: the United States District Court for the District of Colorado Honorable Judge Robert (Bob) E. Thorson" **(#17).**

(c)    The document entitled "Plaintiff's Response to Judicial Order to Strike Motion for Change of Judge Order, Re-Motioning for Change of Judge Order" **(#18)**.

Dated this 13th day of December, 2005

**BY THE COURT:**

*/s/ Marcia S. Krieger*

Marcia S. Krieger
United States District Judge